# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | No. 13-cv-6614 |
| COMPEVE CORP., an Illinois corporation; and SLAVA PACKOVSKIS, an individual, | ) ) ) ) | Honorable John J. Tharp Jr. |
| Defendants. | ) ) ) | |

## UNOPPOSED MOTION TO ENLARGE TIME

Plaintiff Microsoft Corporation ("Microsoft"), by and through its attorneys, respectfully moves this Court to enlarge the time in which Defendants are required to respond to the Complaint in this matter, and in support of this motion, states as follows:

1. The Complaint in this matter was personally served upon Defendants on September 17, 2013. Defendants are required to respond to the Complaint on or before October 8, 2013.

2. Defendants and Plaintiff have engaged in preliminary settlement discussions.

3. In addition, Defendants' insurer is assessing whether there is coverage for this action. With Defendants' knowledge, the insurer has asked Microsoft to extend the time in which Defendants must respond to the Complaint so that it may complete its assessment.

4. Microsoft has agreed to provide Defendants with an extension of time up to and including October 29, 2013 to respond to the Complaint.

5. This is the parties' first request for an extension of time.

LEGAL28003288.1

WHEREFORE, Microsoft respectfully moves this Court to enlarge the time in which Defendants must respond to the Complaint in this matter until October 29, 2013.

Dated:  October 2, 2013				Respectfully submitted,


						By:   /s/ Jeremy L. Buxbaum

						Eric D. Brandfonbrener (No. 06195674)
						Jeremy L. Buxbaum (No. 6296010)
						Perkins Coie LLP
						131 S. Dearborn St., Suite 1700
						Chicago, IL 60603-5559
						T: (312)324-8400
						F: (312)324-9400
						ebrandfonbrener@perkinscoie.com
						jbuxbaum@perkinscoie.com

						Audra M. Mori (CA Bar No. 162850)
						Perkins Coie LLP
						1888 Century Park East, Suite 1700
						Los Angeles, CA  90067-1721
						T: (310)788-9900
						F: (310)788-3399
						amori@perkinscoie.com

						**ATTORNEYS FOR PLAINTIFF**
						**MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this October 2, 2013, a true and correct copy of the foregoing was served via U.S. Mail upon the following:

Compeve Corporation
747 N. Church Road, Unit G1
Elmhurst, Illinois  60126

Slava Packovskis
747 N. Church Road, Unit G1
Elmhurst, Illinois  60126

| | |
|---|---|
| Dated:  October 2, 2013 | By:   /s/ Jeremy L. Buxbaum |
| | Jeremy L. Buxbaum |
| | **ATTORNEY FOR PLAINTIFF**<br>**MICROSOFT CORPORATION** |