## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a<br>Washington corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) <br> ) | |
| vs. | ) <br> ) | No. 13-cv-6614 |
| COMPEVE CORP., an Illinois corporation;<br>and SLAVA PACKOVSKIS, an individual, | ) <br> ) <br> ) | Honorable John J. Tharp Jr. |
| Defendants. | ) <br> ) <br> ) | |

### STIPULATION FOR PERMANENT INJUNCTION AGAINST DEFENDANTS

Microsoft Corporation ("Microsoft"), and Defendants Compeve Corp., an Illinois corporation, and Slava Packovskis, an individual (collectively, "Defendants"), hereby stipulate that Defendants, along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

(a)      unauthorized imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA"), certificates of authenticity ("COAs"), or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

(1)      1,200,236 ("MICROSOFT");

(2)      1,256,083 ("MICROSOFT");

(3)      1,872,264 ("WINDOWS"); and

(4)      2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULAs, COAs, items or things protected by Certificate of Copyright Registration No. TX 5-407-055 ("Windows XP Professional"); and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any unauthorized simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

(d)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e)    engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights; and

(f)    assisting, aiding, or abetting any other person or business entity in engaging in or

performing any of the activities referred to in paragraphs (a) through (e) above.

**IT IS SO STIPULATED**.

DATED: December **10**, 2013      COMPEVE CORP., an Illinois corporation

**Slava Packovskis**

By: _____

DATED: December **10**, 2013      SLAVA PACKOVSKIS, an individual

**Slava Packovskis**

DATED: December 11th, 2013      MICROSOFT CORPORATION, a Washington corporation

By: Benjamin O. Orndorff
    Assistant Secretary

Respectfully submitted,

DATED: December 13, 2013       PERKINS COIE LLP


/s/ Jeremy L. Buxbaum
By:  Jeremy L. Buxbaum (No. 6296010)
131 S. Dearborn St., Suite 1700
Chicago, IL 60603-5559
T: (312)324-8400
F: (312)324-9400
jbuxbaum@perkinscoie.com

Audra M. Mori (CA Bar No. 162850)
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
T: (310)788-9900
F: (310)788-3399
amori@perkinscoie.com

Attorneys for Plaintiff Microsoft Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this December 13, 2013, a true and correct copy of the foregoing was served via U.S. Mail upon the following:

Compeve Corporation
747 N. Church Road, Unit G1
Elmhurst, Illinois 60126

Slava Packovskis
747 N. Church Road, Unit G1
Elmhurst, Illinois 60126


Dated: December 13, 2013          By: /s/ Jeremy L. Buxbaum

                                  Jeremy L. Buxbaum

                                  **ATTORNEY FOR PLAINTIFF**
                                  **MICROSOFT CORPORATION**