IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a<br>Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMPEVE CORP., an Illinois corporation;<br>and SLAVA PACKOVSKIS, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 13-cv-6614<br><br>Honorable John J. Tharp Jr. |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

**WHEREAS** Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft")

and Defendants Compeve Corp., an Illinois corporation, and Slava Packovskis, an individual

("Defendants"), have settled the above-captioned matter; and

**WHEREAS** this Court has entered a Stipulated Permanent Injunction ("Permanent

Injunction") between Microsoft and Defendants (Dkt. #21);

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants that

Defendants Compeve Corp., an Illinois corporation, and Slava Packovskis, an individual, shall

be dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED: December **10**, 2013          COMPEVE CORP., an Illinois corporation


**Slava Packovskis**
_____
By:

DATED: December **10**, 2013          SLAVA PACKOVSKIS, an individual

**Slava Packovskis**

_____

DATED: ~~December~~____, 2013          PERKINS COIE LLP

January 7, 2014

_____
By:   Jeremy L. Buxbaum (No. 6296010)
131 S. Dearborn St., Suite 1700
Chicago, IL 60603-5559
T: (312)324-8400
F: (312)324-9400
jbuxbaum@perkinscoie.com

Audra M. Mori (CA Bar No. 162850)
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
T: (310)788-9900
F: (310)788-3399
amori@perkinscoie.com

Attorneys for Plaintiff Microsoft Corporation

Respectfully submitted,

DATED: January 7, 2014       PERKINS COIE LLP


/s/ Jeremy L. Buxbaum
By:  Jeremy L. Buxbaum (No. 6296010)
131 S. Dearborn St., Suite 1700
Chicago, IL 60603-5559
T: (312)324-8400
F: (312)324-9400
jbuxbaum@perkinscoie.com

Audra M. Mori (CA Bar No. 162850)
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
T: (310)788-9900
F: (310)788-3399
amori@perkinscoie.com

Attorneys for Plaintiff Microsoft Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 7, 2014, a true and correct copy of the foregoing was served via U.S. Mail upon the following:

Compeve Corporation
747 N. Church Road, Unit G1
Elmhurst, Illinois 60126

Slava Packovskis
747 N. Church Road, Unit G1
Elmhurst, Illinois 60126

Dated: January 7, 2014

By: /s/ Jeremy L. Buxbaum

Jeremy L. Buxbaum

**ATTORNEY FOR PLAINTIFF**
**MICROSOFT CORPORATION**